**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:12-CR-0004-APG-(GWF) |
| JERMAINE SMITH, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights expired in: any and all assets held by Columbian Mutual Life Insurance Company, Asset Number 6155072, in the name of Jermaine A. Smith ("property"), listed in the Substitution and Forfeiture Order (ECF No. 1028).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the above-named property will not revert back to the defendant and/or any person(s) acting in concert with him and/or on his behalf.

Dated: October 27, 2015.

_____
UNITED STATES DISTRICT JUDGE