**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERMAINE SMITH,<br><br>Defendant. | Case No. 2:12-cr-00004-APG-GWF<br><br>**ORDER SETTING DEADLINE FOR GOVERNMENT TO RESPOND TO MOTION TO VACATE, SET ASIDE, OR CORRECT CRIMINAL CONVICTION AND SENTNCE PURSUANT TO 28 U.S.C. § 2255** |

Defendant Jermaine Smith has filed a motion under 28 U.S.C. § 2255 seeking to set aside his sentence and to calculate and impose a new sentence. ECF No. 1188. The United States shall file a response to the motion, if it has any, no later than July 5, 2016. Defendant may file a reply in support of the motion within 30 days after the Government files its response.

IT IS FURTHER ORDERED that defendant Jermaine Smith's motion to supplement his motion to vacate **(ECF No. 1192) is GRANTED**.

DATED this 3rd day of June, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE