GENTILE CRISTALLI
MILLER ARMENI SAVARESE
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@gcmaslaw.com
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
Tel: (702) 880-0000
Fax: (702) 778-9709
Attorney for Defendant, JERMAINE SMITH

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JERMAINE SMITH,<br><br>                    Defendant. | CASE NO. 2:12-cr-00004-APG-GWF |

## STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JERMAINE SMITH TO REPLY TO GOVERNMENT'S OPPOSITION (DKT 1312) (SECOND REQUEST)

**IT IS HEREBY STIPULATED** by and between Jermaine Smith, Defendant, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese, and the Plaintiff, United States of America, by and through Daniel Bogden, United States Attorney, and Adam Flake, Assistant United States Attorney to extend the time for Defendant, Jermaine Smith to reply to the Government's Opposition (DKT 1312) filed on November 18, 2016. Defendant's replies are currently due December 22, 2016.

**IT IS HEREBY STIPULATED AND AGREED** that the deadline for filing any replies be extended thirty (30) days up to and including January 23, 2017.

This Stipulation is entered into for the following reasons:

1. On October 31, 2016, Defendant filed a Motion for Sentence Modification Under Rule 35(c).  *See* DKT 1297.   On November 7, 2016, Defendant filed a Motion for Sentence Modification Pursuant to Rule 60(d). *See* DKT 1305. A Motion for Sentence Reduction and

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Stipulation & Order to Continue

1 of 6

1   Join Resentencing of CR 2:12 0004 for Court of Appeals Overturning the 6 Level

2   Enhancement of Plain Error. *See* DKTs 103 and 1304. A Motion to Amend Persuant [sic]

3   Rule 60 (b)(5). *See* DKT 1306. A 3852 Motion to Amend Sophisticate [sic] Means Motion

4   2B1.1 Sophisticated Means. *See* DKT 1308. On November 14, 2016, Defendant filed a

5   Motion Under Fed.R.Crim. Proc. 36. Permitting the Court to Correct an Error After 14Day/1

6   Year Deadline. *See* DKT 1310.

7       2. On November 18, 2016, the Government filed its Opposition to Defendant Jermaine

8   Smith's Motion for Sentence Modification Under Rule 35(c); Motion for Sentencing

9   Reduction and Join Resentencing of CR 2:12 0004 For Court of Appeals Overturning the 6

10  Level Enhancement for Plain Error; Motion for Sentence Modification Persuant [sic] to Rule

11  60(d), Motion to Amend Perusant [sic] Rule 60(b)(5); 3852 Motion to Amend (794)

12  Amendment) Minimal Role; 3582 Motion to Amend Sophisticate [sic] Means Motion 2B1.1

13  Sophisticated Means; and Motion Under Fed.r.Crim.Proc.36. Permitting the Court to Correct

14  an Error After 14Day/1 Year Deadline.

15      3. Counsel for defendant, Jermaine Smith, was recently appointed by CJA on November

16  18, 2016. *See* DKT 1311, and needs time to review the Motions filed by Jermaine Smith and

17  the Opposition filed by the Government.

18      4. On November 22, 2016, attorney Paola M. Armeni filed her Notice of Appearance to

19  officially enter the record of this case.

20      5. Thereafter, Ms. Armeni worked with prior counsel to receive a copy of the file.

21      6. Ms. Armeni was able to retrieve Mr. Smith's file from prior counsel on December 13,

22  2016.

23      7. Upon review of the receipt of copy from Jonathan Powell, Esq., it was determined that

24  the discovery file consisted of  ninety-eight (98) cds, one (1) hard drive, and  numerous

25  documents, and correspondence etc., that counsel must review prior to filing her responsive

26  pleading.

27      8. Due to the recent receipt of discovery, as well as the amount of discovery received, Ms.

28  Armeni is unable to review pertinent discovery and respond timely to the Government's

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Stipulation & Order to Continue

2 of 6

1   Response by the current deadline of December 22, 2016.

2       9.  Mr. Smith is currently in custody.

3       10. Mr. Smith does not object to this extension.

4       11. The additional time requested herein is not sought for purposes of delay and the denial

5   of this request for a continuance could result in a miscarriage of justice;

6       12. For all the above-stated reasons, the ends of justice would be best served by the

7   continuance of the motion reply deadline.

8       13. This is the second request for a continuance of the Defendant's reply deadline.

9   DANIEL BOGDEN                          GENTILE CRISTALLI
    UNITED STATES ATTORNEY                 MILLER ARMENI SAVARESE
10  DISTRICT OF NEVADA

11  DATED this 20th day of December, 2016.    DATED this 20 day of December, 2016.

12
     /s/Adam Flake
13  ADAM FLAKE.                             PAOLA M. ARMENI
    Assistant United States Attorney        Attorney for Defendant,
14  Attorneys for Plaintiff,                JERMAINE SMITH
    UNITED STATES OF AMERICA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Stipulation & Order to Continue

3 of 6

1
2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3  UNITED STATES OF AMERICA,                    CASE NO. 2:12-cr-00004-APG-GWF

4                           Plaintiff,

5  vs.

6  JERMAINE SMITH,

7                           Defendant.

8  <u>**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**</u>

9           Based on the pending Stipulation of counsel, and good cause appearing therefore, the

10  Court hereby finds that:

11                          <u>**CONCLUSIONS OF LAW**</u>

12           Based on the fact that counsel has agreed to a continuance, the Court hereby

13  concludes that:

14           1. On October 31, 2016, Defendant filed a Motion for Sentence Modification Under Rule

15  35(c). *See* DKT 1297.   On November 7, 2016, Defendant filed a Motion for Sentence

16  Modification Pursuant to Rule 60(d). *See* DKT 1305. A Motion for Sentence Reduction and

17  Join Resentencing of CR 2:12 0004 for Court of Appeals Overturning the 6 Level

18  Enhancement of Plain Error. *See* DKTs 103 and 1304. A Motion to Amend Persuant [sic] Rule

19  60 (b)(5). *See* DKT 1306. A 3852 Motion to Amend Sophisticate [sic] Means Motion 2B1.1

20  Sophisticated Means. *See* DKT 1308. On November 14, 2016, Defendant filed a Motion Under

21  Fed.R.Crim. Proc. 36. Permitting the Court to Correct an Error After 14Day/1 Year Deadline.

22  *See* DKT 1310.

23           2. On November 18, 2016, the Government filed its Opposition to Defendant Jermaine

24  Smith's Motion for Sentence Modification Under Rule 35(c); Motion for Sentencing

25  Reduction and Join Resentencing of CR 2:12 0004 For Court of Appeals Overturning the 6

26  Level Enhancement for Plain Error; Motion for Sentence Modification Persuant [sic] to Rule

27  60(d), Motion to Amend Perusant [sic] Rule 60(b)(5); 3852 Motion to Amend (794)

28

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Stipulation & Order to Continue

1 Amendment) Minimal Role; 3582 Motion to Amend Sophisticate [sic] Means Motion 2B1.1

2 Sophisticated Means; and Motion Under Fed.r.Crim.Proc.36. Permitting the Court to Correct

3 an Error After 14Day/1 Year Deadline.

4     3. Counsel for defendant, Jermaine Smith, was recently appointed by CJA on November

5 18, 2016. *See* DKT 1311, and needs time to review the Motions filed by Jermaine Smith and

6 the Opposition filed by the Government.

7     4. On November 22, 2016, attorney Paola M. Armeni filed her Notice of Appearance to

8 officially enter the record of this case.

9     5. Thereafter, Ms. Armeni worked with prior counsel to receive a copy of the file.

10     6. Ms. Armeni was able to retrieve Mr. Smith's file from prior counsel on December 13,

11 2016.

12     7. Upon review of the receipt of copy from Jonathan Powell, Esq., it was determined that

13 the discovery file consisted of ninety-eight (98) cds, one (1) hard drive, and numerous

14 documents, and correspondence etc., that counsel must review prior to filing her responsive

15 pleading.

16     8. Due to the recent receipt of discovery, as well as the amount of discovery received, Ms.

17 Armeni is unable to review pertinent discovery and respond timely to the Government's

18 Response by the current deadline of December 22, 2016.

19     9. Mr. Smith is currently in custody.

20     10. Mr. Smith does not object to this extension.

21     11. The additional time requested herein is not sought for purposes of delay and the denial

22 of this request for a continuance could result in a miscarriage of justice;

23 …

24 …

25 …

26 …

27 …

28 …

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Stipulation & Order to Continue

5 of 6

1    12. For all the above-stated reasons, the ends of justice would be best served by the

2    continuance of the motion reply deadline.

3                                              **ORDER**

4        **IT IS HEREBY ORDERED** by and between the parties herein, the deadlines for filing

5    of any replies are hereby due on or before 23rd day of January, 2017.

6        Dated: December 20, 2016.

7

8                                              **ANDREW P. GORDON**
                                               **UNITED STATES DISTRICT COURT JUDGE**
9                                              **CASE NO.: 2:12-cr-00004-APG-GWF**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Stipulation & Order to Continue                6 of 6