# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00004-APG-GWF |
|---|---|
| Plaintiff | **Order Setting Briefing Schedule** |
| v. | [ECF No. 1608] |
| JERMAINE SMITH, | |
| Defendant | |

Defendant Jermaine Smith has filed a motion under 28 U.S.C. § 2255 seeking to reduce his sentence. ECF No. 1608. The United States shall file a response to the motion, if it has any, no later than September 13, 2018. Defendant may file a reply in support of the motion within 30 days after the Government files its response.

DATED this 13th day of August, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE