# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jermaine Smith

     Petitioner,

 v.

USA

     Respondent.

JUDGMENT IN A CIVIL CASE

Civil Case Number 2:18-cv-01487-APG

Criminal Case Number: 2:12-cr-00014-APG-GWF

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED. IT IS FURTHER ORDERED that petitioner is denied a certificate of appealability.

11/19/2018  
Date

DEBRA K. KEMPI  
Clerk

/s/ S. Denson  
Deputy Clerk