RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Jermaine Smith

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERMAINE SMITH,<br><br>Defendant. | Case No. 2:12-cr-00004-APG-EJY-9<br><br>**STIPULATION TO CONTINUE COMPASSIONATE RELEASE MOTION SUPPLEMENT DUE DATE**<br>(First Request)<br><br>**ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Chad W. McHenry, Trial Attorney, Department of Justice, Criminal Division, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Jermaine Smith, that the Compassionate Release Motion Supplement due date currently scheduled on June 4, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The Bureau of Prison has not yet produced Mr. Smith's medical records, which are necessary for the Office of the Federal Defender to make a determination as to whether they

will be filing a supplement on Mr. Smith's behalf. Once produced, defense counsel needs additional time to receive the necessary documents needed in order to properly prepare a supplemental filing.

2. Counsels for Mr. Smith and the government agree to the continuance.

This is the first request for a continuance of the Compassionate Release Motion Supplement due date.

DATED this 3rd day of June, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Kathryn C. Newman*<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | By */s/ Chad W. McHenry*<br>CHAD W. MCHENRY<br>Trial Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JERMAINE SMITH,<br><br>        Defendant. | Case No. 2:12-cr-00004-APG-EJY-9<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the Compassionate Release Motion Supplement due date currently scheduled for Thursday, June 4, 2020, be vacated and continued to July 8, 2020.

    Dated June 3, 2020.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE

3