UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00004-APG-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DEFENDANT 1, et al., | |
| Defendant. | |

Before the Court is Defendant 1's Motion stating: "Please remove Public Defender from representing me." ECF No. 1677 at 1. Other than this request, Defendant's Motion states only that the "Public Defender already made a vague request." *Id*.

Nevada Supreme Court Rule of Professional Responsibility 1.16 provides, in pertinent part, that an attorney may withdraw from representation of a client if "[w]ithdrawal can be accomplished without material adverse effect on the interests of the client; … or [o]ther good cause for withdrawal exists." *See also* United States District Court for the District of Nevada Local Rule IA 11-6.

Guided by these principles, the Court finds Defendant fails to provide any basis upon which the Court may rely to determine if removal of the Federal Public Defender from continued representation is warranted. Further, a review of the docket in this matter did not reveal any filing by the Federal Public Defender suggesting the desire to terminate the attorney-client relationship.

Accordingly, IT IS HEREBY ORDERED that Defendant 1's Motion (ECF No. 1677) is denied without prejudice.

Dated this 23rd day of June, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1