# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>JERMAINE SMITH,<br><br>    Defendant | Case No.: 2:12-cr-00004-APG-GWF<br><br>**ORDER DENYING SUPPLEMENT TO MOTION FOR COMPASSIONATE RELEASE**<br><br>[ECF No. 1676] |

On June 8, 2020 I denied defendant Jermaine Smith's motion for compassionate release. ECF No. 1673. He subsequently filed a supplement to his motion, which I will treat as a motion for reconsideration. ECF No. 1676. Mr. Smith offers nothing in that supplement to make me reconsider my prior decision. Therefore, the supplement **(ECF No. 1676) is denied**.

DATED this 16th day of July, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE